**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-50120 |
| Plaintiff - Appellee, | D.C. No. 02-cr-00344-AHS |
| v. | |
| JOHN WALTER TEMPLE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Alicemarie H. Stotler, District Judge, Presiding

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

John Walter Temple appeals from the restitution order imposed following

his guilty-plea conviction for mail fraud and aiding and abetting, in violation of

18 U.S.C. §§ 2 and 1341.  We have jurisdiction pursuant to 28 U.S.C. § 1291, and

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

we affirm.

Temple contends the district court erred by failing to acknowledge its discretion under 18 U.S.C. § 3664(h) to apportion liability between Temple and his co-defendant. The record shows that the district court did not err in this regard. *See United States v. Booth*, 309 F.3d 566, 576 (9th Cir. 2002); *see also United States v. Mills*, 991 F.2d 609, 611-12 (9th Cir. 1993). Further, the district court did not abuse its discretion by holding Temple jointly and severally liable with his co-defendant for the total amount of restitution. *See Booth*, 309 F.3d at 576; *see also* § 3664(h).

**AFFIRMED.**